AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00482 |
| CHASE KEVIN ALLEN | ) | Assigned To : Meriweather, Robin M. |
| DOB: ▓▓▓ | ) | Assign. Date : 6/21/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1363 and 2 | (Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction) |
| 40 U.S.C. §§ 5104(e)(2)(F) | (Act of Physical Violence on Grounds) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron Mizell FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/21/2021

_____
*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*