AO 442 (Rev. 01/09) Arrest Warrant

FILED
IN CLERKS OFFICE

2021 JUN 30 AM 10: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

CHASE KEVIN ALLEN

*Defendant*

)
)
)
)
)

Case: 1:21-mj-00482
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Chase Kevin Allen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. §§ 1363 and 2 (Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction)
  40 U.S.C. §§ 5104(e)(2)(F) (Act of Physical Violence on Grounds)

Date: 06/21/2021

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/26/21, and the person was arrested on *(date)* 6/30/21
at *(city and state)* Seekonk, MA.

Date: 6/30/21

*Arresting officer's signature*

FBI SA Matthew OA
*Printed name and title*