IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| | : | |
| CHASE ALLEN, | : | VIOLATION: |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| Defendant. | : | (Act of Physical Violence on U.S. Capitol |
| | : | Grounds) |

### I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **CHASE ALLEN** willfully and knowingly engaged in an act of physical violence in the Capitol Grounds or in any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar No. 481052

By: *Jennifer Leigh Blackwell*
          Jennifer Leigh Blackwell
          Assistant United States Attorney
          United States Attorney's Office
          For the District of Columbia
          Jennifer.blackwell3@usdoj.gov
          D.C. Bar No. 481097