UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:22-cr-00361-DLF |
| | ) |
| CHASE ALLEN | ) |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION

Mr. Chase Allen, the defendant in the above captioned case, respectfully moves this Court to amend his conditions of probation as set by the Court on April 20, 2023. Specifically, Mr. Allen requests that his conditions be modified to allow his medical use of cannabis. As grounds, Mr. Allen has a current and active prescription for the use of medical cannabis and a medical marijuana card, permitting his use for medical reasons. Counsel for Mr. Allen requests that any hearing on this matter be scheduled via Zoom. The United States Attorney's Office, by Assistant United States Attorney Jennifer Blackwell, does not oppose this request.

                                                                     Respectfully Submitted,
                                                                     Mr. Chase Allen
                                                                     By his attorney,

Dated: 6/13/2023                        /s/ *Forest O'Neill-Greenberg*
                                                                     Forest O'Neill-Greenberg
                                                                     Federal Defender Office
                                                                     51 Sleeper St., Fifth Floor
                                                                     Boston, MA 02210
                                                                     Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Forest O'Neill-Greenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 13, 2023.

                                                                     /s/ *Forest O'Neill-Greenberg*
                                                                     Forest O'Neill-Greenberg