UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-cr-361-DLF |
| v. | : | |
| | : | |
| CHASE ALLEN | : | |
| | : | |
| Defendant | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONDITONS OF PROBATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's Order dated June 22, 2023, regarding the statement by Probation filed in this matter. For the reasons stated in the Probation report filed June 22, 2023, the government opposes the defendant's Motion. The government erroneously consented to the earlier filing of the motion by defense counsel on June 13, 2023. The Probation Department accurately represents the position of the government.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      __s/Jennifer Leigh Blackwell_____
Jennifer Leigh Blackwell
Assistant United States Attorney
United States Attorney's Office
For the District of Columbia
D.C. Bar No. 481097
Jennifer.blackwell3@usdoj.gov
(202) 803-1590