UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-cr-361-DLF |
| v. | : | |
| | : | |
| CHASE ALLEN | : | |
| | : | |
| **Defendant** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITONS OF PROBATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's Order dated September 15, 2023, regarding the defendant's request to modify conditions of probation, specifically, out-of-state travel. The government notes that the request to travel to Rhode Island is to fulfill the condition regarding community service, and thus, does not oppose this limited request. The government also notes that the defendant must continue to abide by other conditions of probation, which include that he not commit any violations of local, state, or federal law, among others. Given the other conditions of probation to which the defendant must continue to adhere, the government also does not object to the request to travel out-of-district for purposes of employment.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   __s/Jennifer Leigh Blackwell_____
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
Jennifer.blackwell3@usdoj.gov
(202) 803-1590